UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:11-cv-464

Name of party requesting extension: Sabre Holdings Corporation & Travelocity.com LP

Is this the first application for extension of time in this case?   ✓ Yes
    ☐ No

If no, please indicate which application this represents:   ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 9/9/11

Number of days requested:   ✓ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 10/31/11   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: John M. Jackson
State Bar No.: 24002340
Firm Name: Jackson Walker L.L.P.
Address: 901 Main Street
       Suite 6000
       Dallas, Texas 75202
Phone: (214) 953-6109
Fax: (214) 661-6645
Email: jjackson@jw.com

A certificate of conference does not need to be filed with this unopposed application.