# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No. 6:11cv464 |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC., et al.,** | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT SABRE HOLDINGS CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Unified Messaging Solutions LLC moves for an order dismissing all claims asserted in this action by Plaintiff against Defendant Sabre Holdings Corporation, WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  Plaintiff has not released, and nothing in this Stipulation should be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any Defendant named in this action or any other asserted infringer of U.S. Patent Nos. 6,857,074, 7,836,141, 7,895,306, 7,895,313, and/or 7,934,148.  All other rights have been and are expressly reserved.

**Dated:  October 17, 2011.**

Respectfully submitted,

/s/Edward R. Nelson, III
Edward R. Nelson, III
Texas State Bar No. 00797142
Attorney-in-Charge
Brent N. Bumgardner
Texas State Bar No. 00795272
Christie B. Lindsey
Texas State Bar No. 24041918
Thomas C. Cecil

Texas State Bar No. 24069489
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
enelson@nbclaw.net
bbumgarnder@nbclaw.net
clindsey@nbclaw.net
tcecil@nbclaw.net

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
State Bar No. 24032294
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)
jw@wsfirm.com
wh@wsfirm.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

**Attorneys for Plaintiff**
**Unified Messaging Solutions LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III