**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No. 6:11cv464 |
| **v.** | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC., et al.,** | |
| Defendants. | |

**UNOPPOSED MOTION TO SUBSTITUTE SBC INTERNET SERVICES, INC.
D/B/A AT&T INTERNET SERVICES FOR AT&T INC.**

Plaintiff Unified Messaging Solutions LLC files its Unopposed Motion to Substitute SBC Internet Services, Inc. d/b/a AT&T Internet Services for AT&T Inc. and states as follows:

1.      Plaintiff's Complaint in the above-captioned action names AT&T Inc. (as well as AT&T Services, Inc., AT&T Mobility LLC f/k/a Cingular Wireless LLC, and others) as a defendant.

2.      Without admitting any facts or liability, counsel for SBC Internet Services, Inc. d/b/a AT&T Internet Services and AT&T Inc. informed Plaintiff that SBC Internet Services, Inc. d/b/a AT&T Internet Services, AT&T Services, Inc., and AT&T Mobility LLC f/k/a Cingular Wireless LLC are the proper parties to this lawsuit.

3.      SBC Internet Services, Inc. d/b/a AT&T Internet Services has agreed to the substitution of SBC Internet Services, Inc. d/b/a AT&T Internet Services for AT&T Inc.

4.      Plaintiff has agreed to dismiss AT&T Inc. without prejudice; to substitute SBC Internet Services, Inc. d/b/a AT&T Internet Services as a party for AT&T Inc.; and to permit

SBC Internet Services, Inc. d/b/a AT&T Internet Services to file an Answer in place of AT&T Inc.

WHEREFORE Plaintiff requests that the Court enter an order substituting SBC Internet Services, Inc. d/b/a AT&T Internet Services for AT&T Inc.; dismissing AT&T Inc. without prejudice; permitting SBC Internet Services, Inc. d/b/a AT&T Internet Services to file an Answer in place of AT&T Inc.; and correcting the caption in the above-captioned action to reflect this substitution.

**Dated:   November 1, 2011.**                      Respectfully submitted,


                                                    /s/Edward R. Nelson, III_____
                                                    Edward R. Nelson, III
                                                    Texas State Bar No. 00797142
                                                    Attorney-in-Charge
                                                    Brent N. Bumgardner
                                                    Texas State Bar No. 00795272
                                                    Christie B. Lindsey
                                                    Texas State Bar No. 24041918
                                                    Thomas C. Cecil
                                                    Texas State Bar No. 24069489
                                                    NELSON BUMGARDNER CASTO, P.C.
                                                    3131 West 7th Street, Suite 300
                                                    Fort Worth, Texas 76107
                                                    (817) 377-9111
                                                    (817) 377-3485 (fax)
                                                    enelson@nbclaw.net
                                                    bbumgarnder@nbclaw.net
                                                    clindsey@nbclaw.net
                                                    tcecil@nbclaw.net

                                                    T. John Ward, Jr.
                                                    Texas State Bar No. 00794818
                                                    J. Wesley Hill
                                                    State Bar No. 24032294
                                                    WARD & SMITH LAW FIRM
                                                    111 W. Tyler Street
                                                    Longview, Texas  75601
                                                    (903) 757-6400
                                                    (903) 757-2323 (fax)

jw@wsfirm.com
wh@wsfirm.com

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

**Attorneys for Plaintiff**
**Unified Messaging Solutions LLC**


<u>**CERTIFICATE OF SERVICE**</u>


       I hereby certify that on the 1st day of November, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/ Edward R. Nelson, III</u>