IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNIFIED MESSAGING SOLUTIONS LLC, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 6:11cv464 |
| v. | § § | |
| GOOGLE INC., AMERICAN AIRLINES, INC., AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC, CITIGROUP INC., CITIBANK, N.A., CONN'S, INC., CONN APPLIANCES, INC., DELL INC., EBAY INC., SABRE HOLDINGS CORP., TRAVELOCITY.COM LP, TIME WARNER CABLE INC., TWITTER INC., and YAHOO! INC., | § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on November 29, 2011 (the "**Commencement Date**"),

AMR Corporation, American Airlines, Inc., American Eagle Airlines, Inc., Executive Airlines,

Inc., and certain of their subsidiaries and affiliates (collectively, the "**Debtors**") filed voluntary

petitions seeking bankruptcy protection under chapter 11 of title 11 of the United States Code

(11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for

the Southern District of New York (the "**Bankruptcy Court**"). The bankruptcy cases are being

jointly administered under Chapter 11 Case No. 11-15463 (SHL) (the "**Bankruptcy Cases**").

A copy of American Airlines, Inc.'s chapter 11 petition is attached as **Exhibit A**.

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the

"**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all

entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

If the Court or any parties have questions about the Bankruptcy Cases or this notice, bankruptcy counsel for the Debtors can be contacted as follows:

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Fax: (214) 746-7777

Dated: December 1, 2011.

Respectfully submitted,

**McKool Smith P.C.**

/s/ *Mike McKool*
Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Bradley W. Caldwell
Texas State Bar No. 24040630
bcaldwell@mckoolsmith.com
Holly E. Engelmann
Texas State Bar 24040865
hengelmann@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone:  214.978.4000
Telecopier: 214.978.4044

**ATTORNEYS FOR DEFENDANT
AMERICAN AIRLINES, INC.**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 1, 2011, with a copy of this document via the Court's CM/ECF systems. Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Bradley W. Caldwell*
Bradley W. Caldwell