**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS LLC,<br><br>　　Plaintiff,<br>v.<br><br>GOOGLE INC., *et al.*,<br><br>　　Defendants. | Case No.: 6:11-CV-464-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT AT&T'S NOTICE OF COMPLIANCE WITH P.R. 3-4(a)**

　　Defendants AT&T Services, Inc.; SBC Internet Services Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC (collectively, "AT&T") hereby notify the Court that pursuant to the initial Docket Control Order (Dkt. No. 136) entered on January 18, 2012, and the Order Amending Docket Control Order (Dkt. No. 172) entered on March 14, 2012, AT&T has served on counsel of record for Plaintiff the production required by P.R. 3-4(a) on April 3, 2012.

-2-

| | |
|---|---|
| Dated: April 4, 2012 | Respectfully submitted, |

By:   /s/ *John A. Fedock*
    Willem G. Schuurman LEAD ATTORNEY
    Texas State Bar No. 17855200
    John A. Fedock
    Texas State Bar No. 24059737
    Syed K. Fareed
    Texas State Bar No. 24065216
    Patrick Doll
    Texas State Bar No. 24078432
    VINSON & ELKINS LLP
    2801 Via Fortuna, Suite 100
    Austin, TX 78746
    Tel: (512) 542-8400
    Fax: (512) 542-8612
    bshuurman@velaw.com
    sfareed@velaw.com
    jfedock@velaw.com
    pdoll@velaw.com
    ATT-UMS-grpplist@velaw.com

Deron R Dacus
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Scott W. Breedlove
Texas State Bar No. 00790361
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
sbreedlove@velaw.com

*Attorneys for Defendants AT&T Services, Inc.; SBC Internet Services Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC*

-3-

## **CERTIFICATE OF SERVICE**

   I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 4th day of April, 2012, with a copy of this document via the Court's CM/ECF system per local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                */s/ John A. Fedock*

US 1345138v.1