**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNIFIED MESSAGING SOLUTIONS LLC,<br><br>　　　Plaintiff,<br>v.<br><br>GOOGLE INC., *et al.*,<br><br>　　　Defendants. | Case No.: 6:11-CV-464-LED<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Defendants AT&T Services, Inc. ("AT&T Services"); SBC Internet Services Inc. d/b/a AT&T Internet Services ("SBC Internet Services"); and AT&T Mobility LLC f/k/a Cingular Wireless LLC ("AT&T Mobility") file this notice of appearance to apprise the Court that James D. Shead of Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, jshead@velaw.com, is appearing as counsel for AT&T Services, SBC Internet Services, and AT&T Mobility in this matter. All pleadings, discovery, correspondence and other material should be served upon him at the mail and e-mail addresses above.

| | |
|---|---|
| Dated:  April 16, 2012 | Respectfully submitted, |
| | By:   /s/ *James D. Shead* |
| Deron R Dacus<br>THE DACUS FIRM, PC<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Tel:  (903) 705-1117<br>Fax:  (903) 705-1117<br>ddacus@dacusfirm.com | Willem G. Schuurman LEAD ATTORNEY<br>Texas State Bar No. 17855200<br>John A. Fedock<br>Texas State Bar No. 24059737<br>Syed K. Fareed<br>Texas State Bar No. 24065216<br>James D. Shead<br>Texas State Bar No. 24070609<br>Patrick Doll<br>Texas State Bar No. 24078432<br>VINSON & ELKINS LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>Tel:  (512) 542-8400<br>Fax: (512) 542-8612<br>bshuurman@velaw.com<br>jfedock@velaw.com<br>sfareed@velaw.com<br>jshead@velaw.com<br>pdoll@velaw.com<br>ATT-UMS-grpplist@velaw.com<br><br>Scott W. Breedlove<br>Texas State Bar No. 00790361<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>Tel:  (214) 220-7700<br>Fax: (214) 220-7716<br>sbreedlove@velaw.com<br><br>***Attorneys for Defendants AT&T Services, Inc.; SBC Internet Services Inc. d/b/a AT&T Internet Services; and AT&T Mobility LLC f/k/a Cingular Wireless LLC*** |

## CERTIFICATE OF SERVICE

   The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   All other counsel

of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 16th day of April 2012.

    /s/ *James D. Shead*
James D. Shead

US 1343036v.1