# KAYE SCHOLER LLP

Ashley Chi
212.836.8079
ashley.chi@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212.836.8000
Fax 212.836.6649
www.kayescholer.com

April 14, 2012

Clerk of the Court, Eastern District of Texas
William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street, Room 106
Tyler, Texas 75702
(903) 590-1000



**RE: ADVISORY TO THE COURT**

Dear Clerk of the Court,

    Time Warner Cable Inc., a named defendant in *Unified Messaging Solutions LLC v. Google Inc. et al.*, 6:11-cv-00464-LED (E.D. Tex.) hereby notifies the Court that they have filed with the Judicial Panel on Multidistrict Litigation a Motion of Defendant Time Warner Cable Inc. for Transfer of Action to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Consolidated or Coordinated Pretrial Proceedings, which is pending as *In re Unified Messaging Solutions LLC Patent Litigation*, MDL No. ____. The cases included in the Motion to Transfer pending before the Eastern District of Texas are:

    1.    *Unified Messaging Solutions LLC v. Facebook, Inc. et al.*, 6:11-cv-00120-LED (E.D. Tex., filed Mar. 15, 2011)

    2.    *Unified Messaging Solutions LLC v. Google Inc. et al.*, 6:11-cv-00464-LED (E.D. Tex., filed Sept. 7, 2011) ("*Google* Action")

    3.    *Unified Messaging Solutions LLC v. American Airlines, Inc.*, 6:11-cv-00653-LED (E.D. Tex., filed Dec. 5, 2011)

    4.    *Unified Messaging Solutions LLC v. Intuit Inc. et al.*, 6:12-cv-00085-LED (E.D. Tex., filed Feb. 23, 2012)

**KAYE SCHOLER LLP**

- 2 -                                                                                       April 14, 2012

     A copy of the Motion of Defendant Time Warner Cable Inc. for Transfer of Actions to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 For Consolidated or Coordinated Pretrial Proceedings, Brief In Support of Time Warner Cable Inc.'s Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, Declaration of Daniel L. Reisner In Support of Time Warner Cable Inc.'s Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, Schedule of Actions, the accompanying exhibits and the Certificate of Service is attached.

Sincerely,

Ashley Chi