# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No. 6:11cv464 |
| v. | **JURY TRIAL DEMANDED** |
| **GOOGLE, INC., et al.,** | |
| Defendants. | |

## ORDER GRANTING UNOPPOSED MOTION TO
## AMEND DOCKET CONTROL ORDER

The Court, having considered the Unopposed Motion to Amend Docket Control Order,

GRANTS it follows:

| Action | Deadline |
|---|---|
| **Comply with P.R. 4-5(a)** - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. The filing party is to provide the Court with 2 binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **July 30, 2012** |
| Tutorials due. Deadline for parties, if they desire, to provide Court with tutorials concerning technology involved in patent. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. | **August 13, 2012** |
| **Deadline to File Letter Brief for Motion for Summary Judgment of Indefiniteness**. See the Court's website for further information. | **July 23, 2012** |
| **Deadline for Response to Letter Brief for Motion for Summary Judgment of Indefiniteness**. | **August 3, 2012** |
| **Deadline for Reply to Letter Brief for Motion for Summary Judgment of Indefiniteness**. | **August 8, 2012** |

| Action | Deadline |
|---|---|
| **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement. The filing party is to provide the Court with 2 binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **August 24, 2012** |
| **Motion for Summary Judgment of Indefiniteness due.** The moving party is to provide the Court with 2 binders containing their brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **August 15, 2012** |
| **Comply with P.R. 4-5(c)** - Reply brief and supporting evidence due re response to claim construction. The filing party is to provide the Court with 2 binders containing their reply brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **September 3, 2012** |
| **Response to Motion for Summary Judgment of Indefiniteness due.** The filing party is to provide the Court with 2 binders containing their brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **August 30, 2012** |
| **Reply to Motion for Summary Judgment of Indefiniteness due.** The filing party is to provide the Court with 2 binders containing their brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. | **September 6, 2012** |

**So ORDERED and SIGNED this 17th day of July, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**